No. 72–1465. PROCUNIER, CORRECTIONS DIRECTOR, ET AL. *v.* MARTINEZ ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 412 U. S. 948.] Motion of Boston University Center for Criminal Justice for leave to file its brief as *amicus curiae* in unprinted form denied.

No. 72–5847. ALEXANDER *v.* GARDNER-DENVER Co. C. A. 10th Cir. [Certiorari granted, 410 U. S. 925.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted, and a total of 15 minutes allotted for that purpose. Respondent also allotted 15 additional minutes for oral argument.

No. 73–187. KEWANEE OIL Co. *v.* BICRON CORP. ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 818.] Motions of the Bar Association of the District of Columbia and the Chamber of Commerce of the United States for leave to file briefs as *amici curiae* denied.

No. 72–6823. AULT *v.* SWENSON, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 73–5035. BOTTOS *v.* BEAMER, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 73–78. KAHN *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. Probable jurisdiction noted.

No. 73–206. PARKER, WARDEN, ET AL. *v.* LEVY. Appeal from C. A. 3d Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits and case set for oral argument with No. 72–1713 [*Secretary of the Navy* v. *Avrech*], *ante,* p. 816.